UNITED STATES of America, Plaintiff–Appellee,

v.

Jerry Lee JENKINS, a/k/a Jason Shane Jenkins, a/k/a Shane Jenkins, Defendant–Appellant.

No. 12–7548.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 22, 2013.

Jerry Lee Jenkins, Appellant pro se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Jenkins appeals the district court's order denying his motion for a show cause hearing and for transport. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jenkins,* No. 3:98–cr–00013–JDP–1 (N.D.W. Va. July 30, 2012; Aug. 29, 2012). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*